# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| | ) CASE NO: 2:01-MC-68 |
| vs. | ) |
| **JAMES M. VODVARKA,** | ) **MAGISTRATE JUDGE ABEL** |
| SSN: XXX-XX-2895, | ) |
| **Defendant.** | ) |
| and | ) |
| **SAINT LUKE'S HOSPITAL,** | ) |
| **Garnishee.** | ) |

## ORDER STAYING GARNISHMENT ACTION

Upon motion of the United States, filed June 19, 2012 (Doc. ) and good cause appearing therefore,

**IT IS ORDERED** that the Agreed Final Order in Garnishment, filed by this Court on May 24, 2012 (Doc. 7), be stayed until further order from this Court.

Dated: <u>June 20, 2012</u>

                                                                        s/Mark R. Abel
                                                                        United States Magistrate Judge